[No. 14191-4-II.  Division Two.  June 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. DARREN E. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00494-5, Thomas L. Lodge, J., entered July 30, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.

[No. 13998-7-II.  Division Two.  June 30, 1992.]

PUGET SOUND POWER AND LIGHT COMPANY, *Appellant,* v. PIERCE COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-07896-9, Karen G. Seinfeld, J., entered May 25, 1990. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Worswick, J. Pro Tem.

[No. 15222-3-II.  Division Two.  June 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. JORGE AREVELO-PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 91-1-00062-2, Michael G. Spencer, J.; entered August 6, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.